950

No. 87–1174. STERLING BANCORP v. NEW YORK CITY DE-
PARTMENT OF FINANCE ET AL. Appeal from App. Div., Sup. Ct.
N. Y., 1st Jud. Dept., dismissed for want of substantial federal
question.

No. 87–1195. WILLIAMS v. LAWYERS PROFESSIONAL RESPON-
SIBILITY BOARD OF MINNESOTA. Appeal from Sup. Ct. Minn.
dismissed for want of substantial federal question.

No. 87–1275. REPLAN DEVELOPMENT, INC., ET AL. v. DE-
PARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF
THE CITY OF NEW YORK ET AL. Appeal from Ct. App. N. Y.
dismissed for want of substantial federal question.

No. 87–1367. BOMHARDT v. MARYLAND. Appeal from Ct. Sp.
App. Md. dismissed for want of substantial federal question.

No. 87–1266. BELL v. BELL. Appeal from Ct. App. Cal., 6th
App. Dist., dismissed for want of jurisdiction. Treating the
papers whereon the appeal was taken as a petition for writ of cer-
tiorari, certiorari denied.

No. 87–1320. ROSENBAUM v. ROSENBAUM. Appeal from
App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction. Treat-
ing the papers whereon the appeal was taken as a petition for writ
of certiorari, certiorari denied.

No. 87–6227. PRENZLER v. MCLAUGHLIN, SECRETARY OF
LABOR. Appeal from C. A. 9th Cir. dismissed for want of juris-
diction. Treating the papers whereon the appeal was taken as a
petition for writ of certiorari, certiorari denied.

No. 87–6259. MOHIUDDIN v. CALIFORNIA. Appeal from Ct.
App. Cal., 2d App. Dist., dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a petition
for writ of certiorari, certiorari denied.

No. 87–6285. EDWARDS ET AL. v. FISHER ET AL. Appeal
from C. A. 5th Cir. dismissed for want of jurisdiction. Treating
the papers whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied.